1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Branch Chief, Fresno Office
3  Assistant Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No. 6:19-po-00240 JDP
                                       )
12       Plaintiff,                    )  **APPLICATION AND ORDER**
                                       )  **APPOINTING COUNSEL**
13  vs.                                )
                                       )  **Date:   9/10/19**
14  JARREN A. FRANCISCO,               )  **Time:  10:00 a.m.**
                                       )  **Place: YNP**
15       Defendant.                    )  **Judge: Hon. Jeremy D. Peterson**
                                       )
16  _____)

17          Defendant, Jarren A. Francisco, through the Federal Defender for the Eastern District of

18  California, hereby requests appointment of CJA Panel Counsel.  Our office has a conflict.

19          Defendant submits the attached Financial Affidavit as evidence of his inability to retain

20  counsel.  Defendant is charged by citation with disorderly conduct in violation of 36 C.F.R.

21  § 2.34(a)(1).  Defendant is now scheduled to make his initial appearance in Yosemite on

22  September 10, 2019 at 10:00 a.m. before the Honorable Jeremy D. Peterson, United States

23  Magistrate Judge.  Therefore, after reviewing the Financial Affidavit, it is respectfully

24  recommended that counsel be promptly appointed in light of, and in preparation for, his

25  upcoming court appearance.

26          DATED:  August 23, 2019                    */s/ Charles J. Lee*
                                                    CHARLES J. LEE
27                                                  Assistant Federal Defender
                                                    Branch Chief, Fresno Office
28

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retained counsel, the Court hereby appoints CJA Panel Counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __August 23, 2019__  _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE