Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JARREN A. FRANCISCO,<br><br>Defendant. | Case No. 6:19-po-00240-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

    The parties having entered into a Deferred Prosecution Agreement, the United States hereby moves the Court for an order of dismissal without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated: September 10, 2020      /S/ Sean O. Anderson
    Sean O. Anderson
    Legal Officer
    Yosemite National Park

1

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the above-referenced matter, *United States v. Francisco*, 6:19-po-00240, be dismissed without prejudice.

IT IS SO ORDERED.

Dated:   September 10, 2020                              /s/ Jeremy Peterson
                                                         UNITED STATES MAGISTRATE JUDGE